UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
                                           :
CHRIS OLSON,                               :
                                           :
                          Plaintiff,       :        21cv5127(DLC)
            -v-                            :
                                           :        ORDER
RENEWABLE ENERGY GROUP, INC, et al.,       :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On June 24, this Court issued an Order consolidating this

action under the docket number of the lead case, 21cv1832.  On

July 2, this Court erroneously issued an Order scheduling an

initial pretrial conference in this action.  The parties are

hereby

NOTIFIED that the Order of July 2 that scheduled an initial

pretrial conference in this action has been vacated.

Dated:    New York, New York
          July 2, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge